United States District Court
for the
Southern District of Florida

James Mathurin, Movant,      )
      )
v.      )
      )  Case No. 19-20830-Civ-Scola
United States of America,      )
Respondent.      )

## Order Denying Certificate of Appealability

This matter is before the Court on the Movant's motion for a certificate of appealability. (ECF No. 84.) Upon careful review, the Court denies the Movant's motion. A certificate of appealability may issue only if the movant has "shown that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Lambrix v. Secretary, Fla. Dep't of Corrections*, 851 F.3d 1158, 1169 (11th Cir. 2017). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right <u>and</u> that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* (emphasis in original) (citations and quotations omitted).

The Movant seeks a certificate of appealability in connection with an order overruling his motions for, among other things, relief with respect to discovery and immediate release on bond. (*See* Order, ECF No. 80.) The Movant wishes to appeal that "final" order under the "collateral order doctrine." (ECF No. 84.) However, the Order was non-final, did not reach the merits of the underlying motion to vacate the Movant's sentence, and the issues that it ruled upon are not within the narrow scope of the collateral order doctrine. Having carefully reviewed the Movant's motion for a certificate of appealability, the Court concludes that the Movant fails to show that jurists of reason would find the correctness of the underlying ruling fairly debatable or wrong.

Accordingly, the Court **denies** the motion for a certificate of appealability. (**ECF No. 84**.)

**Done and ordered**, at Miami, Florida, on April 21, 2020.

Robert N. Scola, Jr.
United States District Judge